| | |
|---|---|
| 1 | ANDRÉ BIROTTE JR.<br>United States Attorney |
| 2 | SANDRA R. BROWN<br>Assistant United States Attorney |
| 3 | Chief, Tax Division |
| 4 | GAVIN L. GREENE (SBN 230807)<br>Assistant United States Attorney |

JS-6

Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: (213) 894-4600
Facsimile: (213) 894-0115
Email: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Stanley C. Morse and Beverlee Smith Morse, individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>    Defendant. | Case No. SACV11-00515 AG (RNBx)<br><br>Judgment<br><br>[No Hearing Required] |

Based on the Stipulation of Facts and Issues to Resolve the Case filed by the parties, and all other matters properly made part of the record:

**IT IS ORDERED** that for tax year 2006, Plaintiffs are entitled to a casualty loss of $814,000 and a refund of $247,343 plus interest as allowed by law.

**IT IS FURTHER ORDERED** that the refund of $247,343 plus interest as allowed by law will be offset and applied to Plaintiffs' outstanding tax liabilities for tax year 2007.

**IT IS FURTHER ORDERED** that Plaintiffs shall to forego any Net Operating Loss (NOL) for tax year 2006 related to the casualty loss and are prohibited from seeking to apply such NOL to any other tax year.

**IT IS FURTHER ORDERED** The parties will each bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: November 9, 2012

_____
ANDREW J. GUILFORD
United States District Judge

Respectfully presented by:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America